# United States Court of Appeals for the Federal Circuit

## E R R A T A

April 24, 2009

Appeal No. 2008-5080, <u>John D. Boyer v United States</u>

Nonprecedential Opinion

Decided:　　　　　April 24, 2009

Change the lower tribunal judge's name from "Senior Judge Robert H. Hodges, Jr."
To "Judge Lynn J. Bush."